**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **GLENN PAGE, INDIVIDUALLY** | § | |
| **AND D/B/A GLENN PAGE** | § | |
| **CONSULTING,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.   7:13-cv-00043-O** |
| | § | |
| **JIMMY CLEVELAND,** | § | |
| **INDIVIDUALLY AND D/B/A** | § | |
| **CLEVECO CONSULTING,** | § | |
| | § | |
| **Defendant.** | § | |

---

**ATTORNEY KATHLEEN BROWN'S MOTION**
**TO WITHDRAW AS ATTORNEY IN CHARGE**

1.  Kathleen Brown moves for an Order to Withdraw as Attorney in Charge.

2.  The grounds for this motion are:

    a.  Defendant insists upon pursuing an objective that Kathleen Brown considers imprudent.

    b.  Defendant has failed, repeatedly, to substantially fulfill obligations to Kathleen Brown regarding her services to him, including failing to communicate with Kathleen Brown, communicating in a manner that has caused substantial deterioration in the attorney-client relationship, and failing to pay the lawyer's fee as agreed.

   c.  Defendant has been provided ample warning of the need to pay attorney's fees in order to avoid withdrawal, but Defendant has failed to pay the fees as agreed.

   d.  Defendant's actions have rendered representation unreasonably difficult, and further representation by Kathleen Brown will result in unreasonable financial hardship on her.

Respectfully submitted,

By:_____/s/ Kathleen Brown

Kathleen Brown
TBN 24036275
Attorney at Law
1209 Bluff Street
Wichita Falls, TX 76301
Telephone: (940) 692-8220
Facsimile: (940) 692-8206
Email: kbrown@wf.net
Attorney for Defendant
Cleveco Consulting L.L.C.

## <u>CERTIFICATE OF CONFERENCE</u>

    I certify that on July 8, 2014, I conferred with Brett L. Myers, and he does not oppose my Motion to Withdraw as Attorney in Charge.

s/ Kathleen Brown_____
Kathleen Brown

## CERTIFICATE OF SERVICE

I, Kathleen Brown, hereby certify that on the 9th day of July, 2014, that a true, correct and unaltered copy of the foregoing document together with any and all attachments and/or exhibits referenced therein were served, via ECF

Brett L. Myers
Attorney at Law
SBN: 00788101
David,Goodman & Madole, P.C.
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas, TX    75240

/s/ Kathleen Brown
Kathleen Brown