# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **GLENN PAGE, INDIVIDUALLY AND D/B/A GLENN PAGE CONSULTING,** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 7:13-cv-0043-O** |
| **JIMMY CLEVELAND, INDIVIDUALLY AND D/B/A CLEVECO CONSULTING,** | § § § § | |
| **Defendant.** | § § | |

## ORDER SETTING HEARING ON MOTION TO WITHDRAW

Before the Court is the Defendant's Attorney, Kathleen Brown's, Motion to Withdraw as Attorney (ECF No. 37). The Court sets a hearing on this matter for **Thursday, July 17, 2014 at 10:00 a.m.** The hearing will convene in United States District Judge's Courtroom 1310, 1100 Commerce Street, Dallas, Texas. Defendant, Jimmy Cleveland, is hereby **ORDERED** to appear at the hearing set above and must do so if he wishes to contest the withdrawal of Ms. Brown as his attorney. Ms. Brown shall provide Defendant, Jimmy Cleveland, with a copy of this Order by any and all means at her disposal and be prepared to inform the Court of all such attempts. Furthermore, Ms. Brown and Counsel for Plaintiff, Brett L. Myers, are **ORDERED** to appear at the hearing on this motion.

        **SO ORDERED** this **9th day** of **July, 2014**.

_Reed O'Connor_
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**