IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| GLENN PAGE, INDIVIDUALLY AND D/B/A GLENN PAGE CONSULTING, § § § § Plaintiff, § § v. § JIMMY CLEVELAND, INDIVIDUALLY § AND D/B/A CLEVECO CONSULTING, § § Defendant. § § § | | Civil Action No. 7:13-cv-0043-O |

**ORDER SETTING SHOW CAUSE HEARING**

On August 18, 2014, the Court issued a Show Cause Order directing Defendant Jimmy Cleveland to show cause why he should not be sanctioned for failure to comply with the Court's July 18, 2014 Order. ECF No. 52. The July 18, 2014 Order required Mr. Cleveland to obtain new counsel within 21 calendar days or to inform the Court of his intentional decision to proceed *pro se*. ECF No. 47. On August 27, 2014, Cleveland filed a response to the Show Cause Order providing reasons for his lack of compliance, and informing the Court of his decision to proceed to trial *pro se*. ECF No. 54. On September 2, 2014, the Court ordered the parties to confer and file a joint status report with available trial dates. ECF No. 55. Plaintiff filed a status report unilaterally, informing the Court of Cleveland's failure to confer in violation of the Court's September 2, 2014 Order. ECF No. 56. Cleveland has failed to comply with two Court Orders. Accordingly, the Court sets this matter for a show cause hearing on **Wednesday, September 10, 2014 at 1:30 p.m.** The hearing will convene in United States District Judge's Courtroom 205, 501 West 10th Street, Fort Worth, Texas. In order to effect service in a manner reasonably calculated to reach Defendant

Cleveland, the Court **directs** Plaintiff to serve Defendant with a copy of this order, and submit proof of service to the Court no later than **September 9, 2014** at **5:00 p.m.**, or provide the Court with reason why service could not be effected. Defendant's failure to appear may result in sanctions, including striking his pleadings. The Court further **directs** the Clerk of Court to provide Cleveland with instructions for *pro se* parties in the Northern District of Texas.

    **SO ORDERED** on this **9th day** of **September, 2014**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**